

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Nikolette Ledesma and Elsa Estrada v. City of Houston

Appellate case number:    01-19-00034-CV

Trial court case number:  2017-84026

Trial court:              270th District Court of Harris County

Date motion filed:        December 8, 2020

Party filing motion:      Appellee

      It is ordered that the motion for rehearing is **denied**. *See* TEX. R. APP. P. 49.1.

Judge's signature:   _/s/  April L. Farris_
                       ☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Landau, Rivas-Molloy, and Farris.

Date: _June 10, 2021_